Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEOMEDIA TECHNOLOGIES, INC. a Delaware corporation,<br><br>Defendant. | Civil Action No. 2:14-cv-00365-MJP<br><br>**ORDER GRANTING PLAINTIFF STARBUCKS CORPORATION'S STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: MAY 16, 2014 |

Before this Court is Plaintiff Starbucks Corporation's Stipulated Motion to Stay Proceedings. Starbucks respectfully requests that the Court stay the proceedings in this matter pending a motion to lift the stay made by either party in this action. (Dkt. No. 18.)

The Court GRANTS Plaintiff's request and stays the proceedings in this matter pending the outcome of related litigation in other jurisdictions. Either party may move to lift the stay at any time. The Parties are ORDERED to submit a status update every six (6) months following the entry of this Order while the case is stayed, or within 10 days of resolution of the related litigation in the other jurisdiction.

The Clerk is ordered to provide copies of this Order to all counsel.

ORDER GRANTING PLAINTIFF'S STIPULATED
MOTION TO STAY PROCEEDING - 1

DATED this 22nd day of May, 2014.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING PLAINTIFF'S STIPULATED
MOTION TO STAY PROCEEDING - 2